IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2012 C 10096 ) ) Judge Leinenweber |
| TROUTMAN EXCAVATING, INC., an Illinois corporation | ) ) Magistrate Judge Finnegan |
| Defendant. | ) ) |

**MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN**

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on December 19, 2012 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2) and to compel an audit.

2. Service upon TROUTMAN EXCAVATING, INC., an Illinois corporation was made on upon the Secretary of State on February 8, 2013, and a copy of the proof of service was filed with the court on February 18, 2013.

3. More than 21 days have passed without any response to the Complaint by Defendant, so that Defendant is now in default.

4. As supported by the attached Affidavits, the sums due on the Complaint are:

    $16,339.04 Pension audit
    $19,779.50 Welfare audit
      $925.00 Attorneys fees
      <u>$453.00</u> Court costs
    $37,496.54

WHEREFORE, Plaintiffs pray for the entry of an order:

A. Finding TROUTMAN EXCAVATING, INC., an Illinois corporation in default; and

B. Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $37,496.54.

    TRUSTEES OF THE SUBURBAN TEAMSTERS
    OF NORTHERN ILLINOIS WELFARE AND
    PENSION FUNDS

    s/John J. Toomey
    ARNOLD AND KADJAN
    203 N. LaSalle Street, Suite 1650
    Chicago, IL 60601
    Telephone No.: (312) 236-0415
    Facsimile No.: (312) 341-0438
    Dated: March 4, 2013